IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE HENRY PITTS, #179239, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-962-WHA |
| | ) |
| BULLOCK CORR. FACILITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge entered on February 2, 2017 (Doc. #5). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint in compliance with an order of this court.

A Final Judgment will be entered in accordance with this order.

DONE this 21st day of February, 2017.

                                            /s/ W. Harold Albritton
                                SENIOR UNITED STATES DISTRICT JUDGE